MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
335 W. Shaw Avenue, Suite A
Fresno, California 93704

Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**WILLIAM WHITE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>WILLIAM WHITE,<br><br>            Defendant. | Case No. 6:16-mj-00091-MJS<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE ORDER THEREON**<br><br>Date:   December 20, 2016<br>Time:   10:00 a.m.<br>Dept:   Yosemite Magistrate Court |

TO THE ABOVE-ENTITLED COURT:

The Defendant WILLIAM WHITE ("Mr. White") having been advised of his right to be present at all stages of proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing of any Motion or other proceeding in this cause. Examples of hearings concerning which the Defendant waives the right to be present include initial appearance, when the case is set for trial, when a continuance is ordered, during a plea or change of plea, during sentencing or any case disposition, when a Motion for reduction of bail or for a personal recognizance release is heard.

The undersigned Defendant requests the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest is represented at all times by the presence of his attorney the same as if the Defendant were personally present in Court, and further agrees that notice to Defendant's attorney that Defendant's presence in Court on a particular day at a particular time is required is notice to the Defendant of the requirement of Defendant's appearance at that time and place.

Mr. White is 31 years old and is the sole financial supporter of his household.

Mr. White currently resides in Austin, Texas. The distance from his home to the Court located at Yosemite National Park (YNP) is approximately 1,689 miles. He was coming from Delmar, California and was expected to work in Oakdale, California the next day. He decided to stay at YNP and explore the park when this incident occurred.

Mr. White would suffer a number of professional, personal and financial hardships if he had to return to YNP for the arraignment or make personal appearances for status conferences.

He is currently self-employed as a driver with The Gentleman Pedicabber.

Mr. White's job duties include, but are not limited to, the following: drive a non-motorized tricycle, take people to and from places where vehicles are not allowed eg: football games, music festivals, fairs, concerts etc.

To attend Court, he would have to miss approximately five days of work for travel and attendance at the Court hearing.

The travel expenses he would have to incur would include rental car expenses and gas to travel to and from the park, as well as lodging and meals.

Accordingly, Mr. White requests a telephonic initial appearance at a U.S. District Court for arraignment and a waiver of personal appearance at all status conferences.

Counsel for Mr. White has been informed that the park service is not objecting to Mr. White's initial appearance via telephone conference and a waiver of his personal presence at status conferences in this matter.

DATED: December 13, 2016          /s/ William White_____
                                                 William White, Defendant

DATED: December 13, 2016          /s/ Michael E. Mitchell_____
                                                 Michael E. Mitchell
                                                 Attorney for Defendant

## ORDER

**GOOD CAUSE APPEARING, and in reliance upon the representation that government has no objection to Defendant's request,** it is hereby ordered that Defendant, William White, may appear via telephone for arraignment and his personal presence is waived for all status conferences, in case number 6:16-mj-00091-MJS.

IT IS SO ORDERED.

Dated:   December 18, 2016            /s/ *Michael J. Seng*
                                                             UNITED STATES MAGISTRATE JUDGE