Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>WILLIAM J. WHITE,<br><br>                    Defendant. | No.  6:16-MJ-0091-MJS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant William J. White, by and through his attorney of record, Michael E. Mitchell, that the status conference in the above-captioned matter set for March 21, 2017 be continued to April 25, 2017 at 10:00 a.m.  The Defendant has requested additional discovery related to records maintained by California Department of Justice Labs, and the Government needs additional time to obtain the records and transmit it to defense counsel.

Dated:  March 19, 2017           /S/ Susan St. Vincent_____
                                 Susan St. Vincent
                                 Legal Officer
                                 Yosemite National Park

Dated:  March 19, 2017            /S/ Michael E. Mitchell_____
                                  Michael E. Mitchell
                                  Attorney for Defendant
                                  William J. White

1

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the March 21, 2017, Status Conference in *U.S. v. White*, *6:16-MJ-0091-MJS*, is hereby continued to April 25, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   March 20, 2017              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE