Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM J. WHITE,<br><br>　　　　　Defendant. | No.  6:16-MJ-0091-MJS<br><br>STIPULATION TO CONTINUE PLEA AND SENTENCE; AND ORDER THEREON |

　　　　IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant William White, by and through his attorney of record, Michael E. Mitchell, that the plea and sentence in the above-captioned matter set for May 24, 2017 be continued to July 6, 2017 at 10:00 a.m.  The Government Legal Officer will be attending required training on May 24, 2017 in Redding, California.

　　　　Dated:  May 10, 2017　　　　　　　　　　/S/ Susan St. Vincent_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　　　　　Legal Officer
　　　　　　　　　　　　　　　　　　　　　　　　　　Yosemite National Park


　　　　Dated:  March 10, 2017　　　　　　　　　 /S/  Michael E. Mitchell\_\_\_\_\_
　　　　　　　　　　　　　　　　　　　　　　　　　　Michael E. Mitchell
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　Uriel Gutierrez

1

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the May 24, 2017, Plea and Sentence in <u>U.S. v. White</u>, *6:16-MJ-0091-MJS*, is hereby continued to July 6, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  May 11, 2017                              /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE