MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
335 W. Shaw Avenue, Suite A
Fresno, California 93704

Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**WILLIAM WHITE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM WHITE, <br><br> Defendant. | Case No. 6:16-mj-00091-MJS <br><br> **STIPULATION TO ALLOW APPEARANCE ENTRY OF PLEA AND SENTENCING VIA VIDEO CONFERENCE** <br><br> Date: July 11, 2017 <br> Time: 10:00 a.m. <br> Dept: Yosemite Magistrate Court |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, Acting Legal Officer for the National Park Service, and, Defendant, WILLIAM WHITE ("Mr. White"), by and through his attorney of record, Michael Mitchell, that Mr. White may appear via video conference at a United States District Court near his home in Austin, Texas for entry of plea and sentencing in this matter.

DATED: May 12, 2017            /s/ Michael E. Mitchell_____
                                Michael E. Mitchell Attorney for Defendant
                                WILLIAM WHITE

DATED: May 12, 2107            /s/ Susan St. Vincent_____
                                Susan St. Vincent, Acting Legal Officer
                                National Park Service

# ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that Defendant, WILLIAM WHITE, may appear via video conference for plea and sentencing from a United States District Court near his home in Austin, Texas, provided that a written, fully executed plea agreement shall be filed with the court at least three business days before the date set for plea and sentencing.

IT IS SO ORDERED.

Dated: May 31, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE