# United States District Court
## Eastern District of California

FILED
MAY 10 2017
U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

v.

**WILLIAM JOHN WHITE**

**FIRST AMENDED CRIMINAL COMPLAINT**

**DOCKET NUMBER:**
6:16-mj-0091-MJS

I, legal officer Susan St. Vincent, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, William John WHITE, did:

**Count 1:** Operate or be in actual physical control of a motor vehicle while under the influence of alcohol, or a drug, or any combination thereof, to a degree that renders the operator incapable of safe operation, in violation of Title 36 Code of Federal Regulations § 4.23(a)(1).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Operate or be in actual physical control of a motor vehicle while the alcohol concentration in the operators blood or breath is 0.08 grams or more of alcohol per 100 milliliters of blood or 0.08 grams or more of alcohol per 210 liters of breath, in violation of Title 36 Code of Federal Regulations § 4.23(a)(2).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Carrying or storing an open container of alcohol within a motor vehicle, in violation of Title 36 Code of Federal Regulations § 414(b).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 4:** Operating a vehicle at a speed in excess of the speed limit, in violation of Title 36 Code of Federal Regulations § 4.21(c).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

Speedy Trial Act Applies: **No**

U.S. v. William John White
First Amended Criminal Complaint

**Count 5:** Driving recklessly upon a highway in willful or wanton disregard for the safety of persons or property where alcohol or drugs was a factor, in violation of Title 36 Code of Federal Regulations § 4.2, incorporating California Vehicle Code § 23103, pursuant to CVC § 23103.5
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state I am the legal officer and this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On September 20, 2016 at approximately 9:00 p.m. Park Ranger Scott Reed was on patrol in Yosemite National Park, and he observed a vehicle driving westbound near

Housekeeping Straight on Southside Drive. The vehicle's licenses plate light did not appear to be illuminated. Ranger Reed followed the vehicle on Housekeeping Straight and observed the vehicle moving at a speed he estimated to be greater than the posted speed limit. Ranger Reed caught up to the vehicle and the vehicle was a dark-colored sedan pulling a trailer. Near Chapel Straight, Ranger Reed observed the vehicle drift towards the right lane line and make a jerking motion back to the center of the lane approximately three times. Ranger Reed confirmed the was travelling 35 mph in a 25 mph zone using his car's radar unit. Ranger Reed continued to follow the vehicle and paced the vehicle traveling approximately 38 mph in a 25 mph zone from Swinging Bridge to Sentinel Beach. Near the Cathedral Picnic Area, the vehicle slowed down to 20 mph and maintained that speed. Ranger Reed initiated a traffic stop by activating his emergency lights at the Two-Tree turn out. The vehicle did not stop at the turn out and instead stopped approximately one hundred yards past the turn out and stopped in the lane of travel.

Ranger Reed identified the driver by valid Texas Driver's License as William WHITE. Ranger Reed observed that WHITE'S eyes appeared to be glassy. He also observed what appeared to be an open "tall-boy" beer can in the passenger seat. When Ranger Reed asked WHITE if he had been drinking, WHITE stated, "A little bit yes sir." WHITE also stated that he had "like 3 beers or so." When ask how long he had been drinking, he stated, "All day." WHITE confirmed that the tall-boy can that Ranger Reed observed was beer. WHITE stated, "I have one open beer and two cans." He then stated, "I think I drank one or two more earlier this afternoon." Ranger Reed asked WHITE if he had any marijuana in the vehicle and WHITE stated, "Not anymore." He stated he had smoked approximately one-half of a gram of marijuana earlier in the day.

WHITE submitted to a Standardized Field Sobriety Tests (SFST) at Ranger Reed's request. WHITE stated he had driven from San Diego that day and he 4 Budweiser and Coors tall-boy beers over 8 hours. He stated that he began drinking at approximately 12 p.m. hours and stopped drinking at approximately 8:20 p.m. hours. Ranger Reed asked

WHITE if he felt the effects of the drinks, and WHITE stated, "Um, of course." To confirm, Ranger Reed asked WHITE if he felt the effects of the alcohol, and WHITE stated, "Of course."

During the SFST WHITE displayed numerous indications of intoxication including a preliminary breath sample which indicated a BAC of 0.138% at approximately 9:30 p.m. Ranger Reed retrieved two open containers from the vehicle: an empty tall-boy can of Coors and Budweiser tall-boy can that was nearly full of what looked and smelled to be beer.

WHITE was placed under arrest. Ranger Reed conducted a search incident to arrest of WHITE and smelled a strong odor of alcoholic beverages emanating from his person. WHITE was transported to the Yosemite Holding Facility where he submitted to an evidentiary breath test at approximately 10:44 which indicated a BAC of 0.10%.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

5/10/17
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

5/10/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California