Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM J. WHITE,<br><br>Defendant. | Case No.  6:16-MJ-0091-MJS<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for June 5, 2018.  To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on July 11, 2017.

Dated:  May 24, 2018         NATIONAL PARK SERVICE

/S/ Susan St. Vincent_____
Susan St. Vincent
Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefore, IT IS HEREBY ORDERED that the review hearing scheduled for June 5, 2018, in the above-referenced matter, *United States v. White*, 6:16-mj-0091-MJS, be vacated.

IT IS SO ORDERED.

Dated: May 25, 2018

/s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE